UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KIMBERLY ALLEN                                JURY TRIAL DEMANDED

v.                                            CASE NO.  3:09CV

AIM HEALTHCARE SERVICES, INC.
    d/b/a/ ORS

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. l5 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant communicated with plaintiff by letter dated October 15, 2009, which nowhere used its true name or trade name as registered with the Connecticut Department of Banking pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in an effort to collect a disputed personal account with Aetna.

7. Defendant violated the FDCPA 15 U.S.C. §  1692e(14) and Conn. Gen. Stat. §36a-801(c).

8. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CUTPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                THE PLAINTIFF

                BY____/s/ Joanne S. Faulkner___
                      JOANNE S. FAULKNER ct04137
                      123 Avon Street
                      New Haven, CT 06511-2422
                      (203) 772-0395
                      faulknerlawoffice@snet.net